IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| BRANDY ANDERSON, *individually and on behalf of all others similarly situated* | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Civil Action No. 7:20-cv-00298 ) |
| CAPIO PARTNERS, LLC, CF MEDICAL, LLC, and JOHN DOES 1–25 | ) By: Elizabeth K. Dillon ) United States District Judge ) |
| Defendants. | ) |

**ORDER**

In accordance with the memorandum opinion entered this day, it is hereby ORDERED that defendants' motion to dismiss (Dkt. No. 7) is GRANTED in part as to counts two and three, and DENIED in part as to count one. The clerk shall provide a copy of this order and the opinion to all counsel of record.

Entered: January 26, 2021.

/s/ Elizabeth K. Dillon
Elizabeth K. Dillon
United States District Judge